**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Toua Pao Lee,<br><br>Petitioner,<br><br>v.<br><br>Jeff Sessions, John F. Kelly, Sarah Saldana, and Warden of Carver County,<br><br>Respondents. | Civil No. 16-2776 (DWF/SER)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 9, 2017. (Doc. No. 18.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's March 9, 2017 Report and Recommendation (Doc. No. [18]) is **ADOPTED**.

2. Petitioner Toua Pao Lee's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. Nos. [1] & [3-1]] is **DENIED AS MOOT**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 13, 2017  s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge